1 | BENJAMIN B. WAGNER
United States Attorney
2 | MATTHEW G. MORRIS
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

**FILED**

FEB 2 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ak_____
DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:13-MJ-00056-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST TO UNSEAL CASE |
| v. | ) | |
| | ) | |
| OTTO GODINEZ-SALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
|_____ | ) | |

The United States, by undersigned counsel, petitions the Court and respectfully represents:

1.  On February 20, 2013, this Court issued an arrest warrant on a complaint charging OTTO GODINEZ-SALES with conspiracy, and ordered the case sealed while the defendant and other uncharged co-conspirators were apprehended.

2.  On February 22, 2013, the defendant was arrested in San Jose, California.

3.  On February 24, 2013, numerous uncharged co-conspirators were arrested by state law enforcement authorities in Marysville and Orland, California.

4.  It is in the interests of the public and the administration

1

of justice to unseal the above-captioned case, and there exists no further law enforcement need for the case to remain under seal.


    THEREFORE, your petitioner prays that the case, including the warrant, the complaint, and the affidavit in support of the complaint, be unsealed and made part of the public record.


DATED: February 27, 2013

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                              By: _____
                                    MATTHEW G. MORRIS
                                    Assistant U.S. Attorney




    THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:13-MJ-00056-KJN be unsealed and made part of the public record.

Dated: _____


                              _____
                              THE HONORABLE CAROLYN K. DELANEY
                              United States Magistrate Judge

2